# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| GORDON BULLOCK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RIVERSIDE COUNTY (Action Policy Riverside Sheriff), and RIVERSIDE SHERIFFS that transported Bullock on 3-29-16 and 4-1-16 in individual capacity,<br><br>　　　　Defendants. | CASE NO. EDCV 17-1297 PA (AS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　Pursuant to 28 U.S.C. section 636, the Court has reviewed the Second Amended Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge, to which no objections were filed. Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge.

　　**IT IS ORDERED** that Judgment shall be entered dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Plaintiff at his current address of record.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: November 21, 2019

                                               _____
                                                     PERCY ANDERSON
                                              UNITED STATES DISTRICT JUDGE