**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| GORDON BULLOCK,<br><br>    Plaintiff,<br><br>    v.<br><br>RIVERSIDE COUNTY (Action Policy Riverside Sheriff), and RIVERSIDE SHERIFFS that transported Bullock on 3-29-16 and 4-1-16 in individual capacity,<br><br>    Defendants. | CASE NO. EDCV 17-1297 PA (AS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: November 21, 2019

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE